USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SQUISH BEAUTY, LLC,

Plaintiff,

-v-

COTY INC.,

Defendant.

26-cv-3503 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

This order memorializes the rulings made at the initial pretrial conference on July 10, 2026.

Plaintiff shall file its opposition to Defendant's motion to dismiss by August 5, 2026. Defendant shall reply in further support of its motion by August 26, 2026. For the reasons stated at the conference and without opposition from Plaintiff, discovery is stayed pending a decision on the motion to dismiss. The stay of discovery is without prejudice to any party moving to lift the stay upon a showing of good cause.

SO ORDERED.

Dated: July 10, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge